THE STATE ex rel. LEWIS B. TEBBETTS v.
CHARLES W. HOLTCAMP, Judge of the Pro-
bate Court, et al.

**In Banc, July 10, 1913.**

For the reasons stated in In re Breck; Tebbetts, Petitioner, v.
Rickart et al., *ante,* page 302, the writ of *certiorari* issued
herein, as ancillary to the writ of *habeas corpus,* is quashed.

Certiorari.

WRIT QUASHED.

*J. D. Johnson* and *Loomis C. Johnson* for relator.

*Frank X. Hiemenz* for respondents.

FARIS, J.—This is a companion case to that of
In re Letitia Todd Breck and Barbara Breck, Minors;
Lewis B. Tebbetts, Petitioner, v. Rebecca Rickart and
Lloyd H. Rickart, Respondents, decided at this term,
involving the writ of *habeas corpus.* [Ante, p. 302.]
In the latter case the points involved here were fully
considered; the two cases having been argued and sub-
mitted together. For the reasons given in the *habeas
corpus* case, just decided, it results that the writ of
*certiorari* issued herein should be quashed, and it is
so ordered.

*Brown* and *Walker, JJ.,* concur; *Lamm, C. J.,* and
*Woodson, J.,* concur for reasons set out in concurring
opinion of *Graves, J.,* in In re Letitia Todd Breck et
al., minors, Tebbetts, petitioners v. Rebecca Rickart et
al., Respondents.